CRÉDITO Y AHORRO PONCEÑO, RECURRENTE, *v.* REGISTRADOR DE GUAYAMA, RECURRIDO.

COSTA, RECURRENTE, *v.* REGISTRADOR DE GUAYAMA, RECURRIDO.

DE LA CRUZ, RECURRENTE, *v.* REGISTRADOR DE GUAYAMA, RECURRIDO.

RIVERA, RECURRENTE, *v.* REGISTRADOR DE GUAYAMA, RECURRIDO.

Nos. 563, 560, 561, 559 y 564.—Resueltos en marzo 19, 1923.

Resueltos por los fundamentos de la opinión en el caso No. 562 de *Monserrate* v. *Registrador de Guayama,* de marzo 19, 1923, ordenándose la devolución de los documentos al Registrador de la Propiedad de Guayama, para que se cumpla con la ley de Marzo 1, 1902, sobre recursos contra las resoluciones de los registradores de la propiedad.

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey, Hutchison y Franco Soto.